IN THE UNITED STATES DISTRICT COURT RECEIVED & FILED
FOR THE DISTRICT OF PUERTO RICO

1999 OCT 19 AM 8 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Small Business Administration,<br><br>Plaintiff,<br><br>v.<br><br>FAJARDO MUFFLER SHOP, INC.,<br>et al.,<br><br>Defendants. | CIVIL NO. 98-2260 (RLA) |

## ORDER SETTING DEADLINE FOR PLAINTIFF
## TO MOVE FOR DEFAULT JUDGMENT

Codefendant EVA ROSARIO having failed to answer or otherwise plead despite having been served with process, **DEFAULT** is hereby entered against her.

It appearing that default had been previously entered against the other named codefendants in this action, plaintiff is hereby ORDERED to move for default judgment **on or before November 30, 1999.**

Plaintiff is admonished that failure to comply with the terms of this Order shall result in the dismissal of the complaint for lack of prosecution.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of October, 1999.

RAYMOND L. ACOSTA
United States District Judge