FRC

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Small Business Administration)


        V.                          CIVIL NO. 98-2260 (RLA)

FAJARDO MUFFLER SHOP, INC.


                                O R D E R

| MOTION | RULING |
|---|---|
| **Date**<br>**Filed:** 12/20/02    **Docket #** 18<br><br>[X] Plff.<br><br>**Title:** NOTICE OF<br>SUBSTITUTION OF PARTY | **GRANTED.** PRAMCO II, LLC shall henceforth substitute U.S. SMALL BUSINESS ADMINISTRATION as plaintiff in these proceedings. |


January 8, 2003            RAYMOND L. ACOSTA
        Date               U.S. District Judge


Rec'd:        EOD:

By: # 21

2