UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Small Business Administration)

V.                             CIVIL NO. 98-2260 (RLA)

FAJARDO MUFFLER SHOP, INC.



O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 2/6/03     Docket # 22<br><br>[X] Dft. EVA ROSARIO FUENTES<br><br>Title: MOTION REQUESTING STAY OF ORDER OF EXECUTION | DENIED for the reasons set forth in plaintiff's Motion to Allow Execution to Proceed, filed on February 12, 2003 (docket No. 23). |

February 18, 2003                 RAYMOND L. ACOSTA
Date                              U.S. District Judge

Rec'd:            EOD:

By: /s/   # 24